PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: David Charles Wilkie                                      Cr.: 17-00175-001
                                                                           PACTS #: 63940

Name of Sentencing Judicial Officer:    HONORABLE DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE, CD/CA

Name of Newly Assigned Judicial Officer: HONORABLE KEVIN MCNULTY
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: October 21, 2013

Original Offense:    Count 1: Conspiracy to Transport, Receive and Possess Child Pornography
                     Count 8: Transportation of Child Pornography

Original Sentence: 63 months in custody; supervised release for life

Special Conditions: Special Assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/28/2016

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 27, 2022, Mr. Wilkie submitted to a polygraph examination conducted by Forensic Polygraph Associates, LLC. Three (3) questions were asked on the polygraph exam. Based on the physiological reactions to the formulated questions, the polygraph examiner determined Mr. Wilkie was **deceptive** regarding one or more of the issues addressed in the examination. |
| | The polygraph questions were prepared as a collaborative effort between the undersigned officer, the polygraph examiner, and based on Mr. Wilkie's supervision history and prior examinations. The questions were related to contact with minors, viewing of sexually explicit images/pornography involving children, and accessing the internet on any device that is not approved by the Probation Office. |

Prob 12A – page 2
David Charles Wilkie

U.S. Probation Officer Action:

Mr. Wilkie has a computer monitoring condition imposed by the Central District of California. The probation office continues to closely monitor Mr. Wilkie's electronic devices and assess third-party risks. On March 1, 2021, Mr. Wilkie completed sex-offender treatment at Trinitas Hospital. Although he completed treatment successfully, he was described by the clinician as treatment resistant. In addition, as previously reported to the Court, Mr. Wilkie failed polygraph examinations in the past. The probation office recognizes that polygraph examinations are a tool for supervision. At this time, no additional instances of noncompliance have occurred.

The probation office is respectfully requesting no formal Court action at this time. We will continue to utilize monitoring software on Mr. Wilkie's cellular phone and maintain communication with local Megan's Law detectives to ensure compliance with registration requirements. It should be noted that the probation office conducted a manual inspection of Mr. Wilkie's device on May 10, 2022 using Cellebrite technology and no concerning searches or images were discovered.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
      Senior U.S. Probation Officer

/ ip

APPROVED:

*Kevin Villa*      *5/13/2022*
KEVIN VILLA     Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/13/2022
Date